Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DAVID A SILVIA PRO-SE | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| MANHUNT HOSPITALITY, LLC D/B/A QUAILITY INN | |
| *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DAVID A SILVIA |
| Street Address | PO BOX 789 |
| City and County | BRISTOL, |
| State and Zip Code | RHODE ISLAND 02809 |
| Telephone Number | 401-226-9519 |
| E-mail Address | DAVIDSILVIA60@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

- Name: MANHUNT HOSPITALITY, LLC
- Job or Title (if known): D/B/A QUAILITY INN
- Street Address: 341 HIGHLAND AVE
- City and County: SEEKONK,
- State and Zip Code: MA 02771
- Telephone Number: 508-336-
- E-mail Address (if known): UNKNOWN

Defendant No. 2

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: MANHUNT HOSPITALITY, LLC
- Job or Title (if known): D/B/A QUAILITY INN
- Street Address: 341 HIGHLAND AVE
- City and County: SEEKONK,
- State and Zip Code: MA 02771
- Telephone Number: 508-336-
- E-mail Address (if known): UNKNOWN

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
VIOLATION TO THE AMERI W/DISABILITY ACT 1990
HOUSING/DISCRIMINATION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* DAVID A SILVIA, is a citizen of the State of *(name)* RHODE ISLAND.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

            The defendant, *(name)* MANHUNT HOSPITALITY, LLC, is incorporated under the laws of the State of *(name)* MASS, and has its principal place of business in the State of *(name)* SEEKONK.

            Or is incorporated under the laws of *(foreign nation)* _____,

            and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*: $250,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE PREVIOUS COMPLAINT (2021-11771-RGS WAS DISMISSED WITHOUT PREJUICE AS DEFENDANT WOULD NOT AGREE TO FEDERAL MEDIATOR. SMALL CLAIMS ACTION FILED IN RI 6TH DISTRICT COURT AND DISMISSED DUE TO BUSINESS LOCATION BEING MASS, AND PLAINTIFF IS RI RESIDENT. DEFENDANT CONTINUES TO DENYI THE ACTION FILED AGAINST HIM, AS HE DISCRIMINATED AGAINST MYSELF. AS A HANDICAP CITIZENVETERAN, A WEEKLY FEE OF $600 WAS AGREED ON TO STAY ON THE PROPERTY. WITHOUT ANY PROPER NOTIFICATION I WAS TOLD TO LEAVE AS I WAS UNWANTED. WITHOUT ANY REASON WHY OTHER THEN A FALSE STATEMENT MADE TO THE PD I OWED $144.00. I WAS FORCED TO LEAVE WHICH REQUIRED MEDICAL TRANSPORT TO THE VAMC ED FOR

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ASK THIS COURT FOR RELIEF IN THE AMOUNT OF $250,000.00 DUE TO THE VIOLATIONS TO THE ADA LAW, AND AS PRO-SE I HAD TO HIRE AN ATTORNEY TO REPRESENT ME. ADDED TO THESE ISSUES IS CREDIT CARD FRAUD ACTION THE DEFENDANT KEPT MAKING UN-AUTHORIZE CHARGES ON MY CARD FOR SEVERAL DIFFERENT AMOUNTS, AND DENIED DO IT. ON OCT 7TH HE WAS CAUGHT MAKING A CHARGE FOR $58.00 WITH A UN-SWIPED METHOD AS HE DID NOT HAVE POSSION OF THE CARD. I FILED A COMPLAINT WITH THE SEEKONK PD AND THEY REFUSED TO FILE CHARGES. (SEE ATTACHED CC STATEMENTS). DURING MY STAY 6-2 THRU 10-8 THEY REFUSED TO CLEAN MY ROOM,

  b.  If the defendant is a corporation

    The defendant, *(name)* MANHUNT HOSPITALITY, LLC , is incorporated under the laws of the State of *(name)* MASS , and has its principal place of business in the State of *(name)* SEEKONK .

    Or is incorporated under the laws of *(foreign nation)* _____ ,

    and has its principal place of business in *(name)* _____ .

  *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:
  $250,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE PREVIOUS COMPLAINT (2021-11771-RGS WAS DISMISSED WITHOUT PREJUICE AS DEFENDANT WOULD NOT AGREE TO FEDERAL MEDIATOR. SMALL CLAIMS ACTION FILED IN RI 6TH DISTRICT COURT AND DISMISSED DUE TO BUSINESS LOCATION BEING MASS, AND PLAINTIFF IS RI RESIDENT. DEFENDANT CONTINUES TO DENYI THE ACTION FILED AGAINST HIM, AS HE DISCRIMINATED AGAINST MYSELF. AS A HANDICAP CITIZENVETERAN, A WEEKLY FEE OF $600 WAS AGREED ON TO STAY ON THE PROPERTY. WITHOUT ANY PROPER NOTIFICATION I WAS TOLD TO LEAVE AS I WAS UNWANTED. WITHOUT ANY REASON WHY OTHER THEN A FALSE STATEMENT MADE TO THE PD I OWED $144.00. ~~I WAS FORCED TO LEAVE WHICH REQUIRED MEDICAL TRANSPORT TO THE VAMC ED FOR~~

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ASK THIS COURT FOR RELIEF IN THE AMOUNT OF $250,000.00 DUE TO THE VIOLATIONS TO THE ADA LAW, AND AS PRO-SE I HAD TO HIRE AN ATTORNEY TO REPRESENT ME. ADDED TO THESE ISSUES IS CREDIT CARD FRAUD ACTION THE DEFENDANT KEPT MAKING UN-AUTHORIZE CHARGES ON MY CARD FOR SEVERAL DIFFERENT AMOUNTS, AND DENIED DO IT. ON OCT 7TH HE WAS CAUGHT MAKING A CHARGE FOR $58.00 WITH A UN-SWIPED METHOD AS HE DID NOT HAVE POSSION OF THE CARD. I FILED A COMPLAINT WITH THE SEEKONK PD AND THEY REFUSED TO FILE CHARGES. (SEE ATTACHED CC STATEMENTS). DURING MY STAY 6-2 THRU 10-8 THEY REFUSED TO CLEAN MY ROOM,

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
VIOLATION TO THE AMERI W/DISABILITY ACT 1990
HOUSING/DISCRIMINATION

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* DAVID A SILVIA, is a citizen of the State of *(name)* RHODE ISLAND.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

CLEAN MY BATHROOM, EMPTY TRASH, AS TO THE ISSUE OF THE FALSE CREDIT CARD CHARGES,WE HAD A AGREEMENT TO PAY $600 WEEKLY, AND SOMTHING THAT I COULD NOT GET THE PD TO REALIZE, THE ONLY CHARGES THEY WERE AUTHORIZED TO MAKE WAS THE $600. ANY OTHER CHARGES WERE NOT AUTHORIZED WHICH FALLS INTO CREDIT CARD FRAUD.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/07/2022

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: DAVID A SILVIA

### B. For Attorneys

Date of signing: 03/07/2022

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

I ATTEST I HAVE PROVIDED A COPY OF THIS DOCUMENT TO THE DEFENDANT ATTORNEY VIA HIS EMAIL ON THIS 07TH DAY OF MARCH, 2022

[signature]