UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

David Silvia

     Plaintiff

v.                           CIVIL ACTION NO. 1:22-10378-RGS

Manhunt Hospitality, LLC
*d/b/a* Quality Inn

SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on August 22, 2022, that the above-entitled action has settled:

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

By the court,

Dated: August 22, 2022

/s/ Arnold Pacho
Deputy Clerk